**Order entered November 25, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00175-CV

### BERNARD PATRUSKY, Appellant

### V.

### KENNETH BLOOMBERG AND MARILYN BLOOMBERG, Appellees

**On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-14821**

## ORDER

We **GRANT** appellant's November 24, 2014 unopposed motion for extension of time to

file reply brief and **ORDER** the brief be filed no later than December 15, 2014.

/s/     CRAIG STODDART
JUSTICE